IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ADEFEMI AJAYI,<br>    Plaintiff | \* |
| | \* |
| vs. | Civil Action No.: AMD 02-3416 |
| | \* |
| LOUIS D. CROCETTI, et al.,<br>    Defendants | \* |

\*\*\*\*\*\*

**ORDER**

Plaintiff having failed to serve the summons and complaint upon two of the defendants within 120 days after the filing of the complaint, it is, this 16th day of May, 2003,

ORDERED that plaintiff show good cause within 10 days of the date of this order why the complaint should not be dismissed as to the unserved defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                                  /s/
                                      ANDRE M. DAVIS
                                      United States District Judge