IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ADEFEMI AJAYI, <br>     Plaintiff | * |
| | * |
| vs. | Civil Action No.: AMD 02-3416 |
| | * |
| LOUIS D. CROCETTI, et al., <br>     Defendants | * |

******

**ORDER**

Plaintiff having failed to show good cause as to why service of the summons and complaint has not been made upon defendants within 120 days of the filing of the complaint as required by the prior order of this court, it is, this 28th day of May, 2003,

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                                   /s/
                                      ANDRE M. DAVIS
                                      United States District Judge